**Order entered February 21, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-13-01214-CR

### AKEASHYA K. THOMAS, Appellant

### V.

### THE STATE OF TEXAS, Appellee

**On Appeal from the Auxiliary Court No. 4B**
**Dallas County, Texas**
**Trial Court Cause No. TR-13-22742**

## ORDER

The Court **REINSTATES** the appeal.

On January 21, 2014, we ordered the trial court to make findings regarding why the reporter's record has not been filed. We **ADOPT** the findings that: (1) appellant was convicted of a Class C misdemeanor and is not entitled to court-appointed counsel; (2) appellant signed a form entitled "waiver and explanation of rights"; (3) appellant waived the recording of the proceedings; (4) appellant filed a notice of appeal, but did not respond to the letter from the Truancy Court regarding whether she desired to continue the appeal; and (5) no affidavit of indigence was filed by appellant. We note that appellant, who is representing herself in this appeal, has not communicated with the Court regarding the appeal.

Accordingly, we **ORDER** appellant to file her brief by **MARCH 31, 2014**. If appellant's brief is not filed by the date specified, the Court will, without further notice, submit the appeal without briefs. *See* Tex. R. App. P. 38.8(b)(4); *Lott v. State*, 874 S.W.2d 687 (Tex. Crim. App. 1994).

We **DIRECT** the Clerk to send a copy of this order, by first-class mail, to Akeashya Thomas, P.O. Box 824, Rowlett, Texas 75030.

We **DIRECT** the Clerk to send a copy of the order, by electronic transmission, to the Dallas County District Attorney's Office.

/s/     LANA MYERS
            JUSTICE